IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIAN C. SMITH,

    Plaintiff,                    No. CIV S-02-0694 DFL JFM PS

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.             <u>ORDER</u>

                              /

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On July 15, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed July 15, 2005, are adopted in full; and

2. This action is dismissed.

DATED: 11/11/2005

_____
DAVID F. LEVI
United States District Judge